UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

UNITED STATES OF AMERICA,

-against-

JORGE NAVARRO, ERICA GARCIA, MARCOS ZULUETA, MICHAEL TANNUZZO, GREGORY SKELTON, ROSS COHEN, SETH FISHMAN, LISA GIANNELLI, JORDAN FISHMAN, RICK DANE, JR., CHRISTOPHER OAKES, JASON SERVIS, KRISTIAN RHEIN, MICHAEL KEGLEY, JR., ALEXANDER CHAN, HENRY ARGUETA, NICHOLAS SURICK, REBECCA LINKE, and CHRISTOPHER MARINO.

Defendants.

1:20-cr-160

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On further review, the waiver of appearance filed by Defendant Gregory Skelton [ECF #86] is deficient. The waiver does not comply with Federal Rule of Criminal Procedure 10(b) because it is not signed by counsel. The Court's previous order [ECF #96] is vacated and the motion to waive Defendant Skelton's appearance is DENIED. Defendant Skelton may refile a waiver compliant with the Rules. Unless such a waiver is filed and accepted by the Court, both Mr. Skelton and his counsel must appear in person at the arraignment scheduled for March 23, 2020.

**SO ORDERED.**

Date: March 19, 2020
New York, NY

MARY KAY VYSKOCIL
United States District Judge