

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Isabelle A. Kirshner
Partner
kirshner@clayro.com

March 18, 2020

BY ECF

Hon. Mary K. Vyskocil
United States District Court
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/20/2020_

Re: <u>United States v. Narvarro, et al.</u>
20 Crim 160 (MKV)

Dear Judge Vyskocil:

We are the attorneys for Gregory Skelton, a defendant charged in the above entitled matter. I am writing to request that Mr. Skelton be permitted to waive his personal appearance before the Court at the March 23, 2020 arraignment and initial conference. A Waiver of Appearance is attached. Dr. Skelton resides in Indiana and his appearance would require him to fly to New York. Given the current public health situation with the COVID 19 pandemic, I request that the Court grant Dr. Skelton's waiver of personal appearance.

In addition, I request that I be permitted to appear for the arraignment telephonically. Due to the COVID 19 pandemic and I am currently working remotely from outside New York City.

As reflected in the written waiver of appearance, I have reviewed the indictment with my client and he enters a plea of "not guilty" to Count One of the Indictment.

Thank you for your attention to this matter.

GRANTED. The Court accepts Defendant Skelton's waiver of appearance and grants counsel's request to appear telephonically. Counsel is directed to call 888-278-0296 and enter access code 5195844 to join the conference. Counsel for Mr. Skelton should be prepared to agree to a schedule for the remainder of the case and to address any issues or questions that arise.

Very truly yours,

/s/

Isabelle A. Kirshner

Date: _3/20/2020_
New York, New York

Mary Kay Vyskocil
United States District Judge