UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JORGE NAVARRO,
ERICA GARCIA
MARCOS ZULUETA,
MICHAEL TANNUZZO,
GREGORY SKELTON,
ROSS COHEN,
SETH FISHMAN,
LISA GIANELLI,
JORDAN FISHMAN,
RICK DANE, JR.,
CHRISTOPHER OAKES,
JASON SERVIS,
KRISTIAN RHEIN,
MICHAEL KEGLEY, Kr.,
ALEXANDER CHAN,
HENRY ARGUETA,
NICHOLAS SURICK,
REBECCA LINKE, and
CHRISTOPHER MARINO,

           Defendants.

**Notice of Appearance**

**No. 20 Cr. 160 (MKV)**

---

To:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests that the Clerk of Court note her appearance in this case and add her as a Filing User to whom Notices of Electronic Filing will be transmitted.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

Dated: New York, New York
       November 1, 2022

By: /s/ Cecilia E. Vogel
     Cecilia E. Vogel
     Assistant United States Attorney
     Tel.: 212-637-1084
     Email: cecilia.vogel@usdoj.gov