UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
:
UNITED STATES OF AMERICA, :
:
-v- : 20-cr-160-5 (MKV)
:
GREGORY SKELTON, : ORDER
　　　　　　　　　　　　Defendant. :
:
------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/16/24

MARY KAY VYSKOCIL, District Judge:

　　IT IS HEREBY ORDERED that sentencing in this matter is scheduled for **MAY 16TH, 2024 at 2pm** in courtroom 18C at 500 Pearl Street, New York, NY 10007.

　　IT IS FURTHER ORDERED that defense submissions shall be due May 2nd, 2024 and the Government's response shall be due May 9th, 2024.

　　**SO ORDERED:**

**Dated: January 16, 2024**

_____
**Mary Kay Vyskocil
United States District Judge**