```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -against-

GREGORY SKELTON,

          Defendant.

20-cr-160-5 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from defense counsel, which was filed under seal, requesting that Mr. Skelton's sentencing proceed remotely, via videoconference. The letter cites a "host of serious medical conditions." Mr. Skelton's request to attend his sentencing remotely is GRANTED. The Court will nevertheless conduct the sentencing in the courtroom, which will be open to the public.

**SO ORDERED.**

Date: **April 1, 2024**
     **New York, NY**

                                  **MARY KAY VYSKOCIL**
                                  **United States District Judge**