UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
   - v. -
:
GREGORY SKELTON,
:
           Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2024

**CONSENT PRELIMINARY ORDER OF FORFEITURE/ MONEY JUDGMENT**

S5 20 Cr. 160 (MKV)

WHEREAS, on or about January 16, 2024, GREGORY SKELTON (the "Defendant"), was charged in a one-count Information, S5 20 Cr. 160 (MKV) (the "Information"), with drug adulteration and misbranding conspiracy, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 21 United States Code, Section 334 and Title 28 United States Code, Section 2461, of any and all drugs that were adulterated or misbranded when introduced into or while in interstate commerce or while held for sale (whether or not the first sale) after shipment interstate commerce, or which may not, under the provisions of section 331(11), 344, or 355 of this title, have been introduced into interstate commerce, including but not limited to a sum of money in United States currency representing the value of such property traceable to the commission of the offense charged in Count One of the Information (the "Forfeitable Property");

WHEREAS, on or about November 5, 2020, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 21, United States Code, Section 334 and Title 28 United

States Code, Section 2461: (i) a sum of money equal to $38,624 in United States currency, representing the value of the Forfeitable Property associated with Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $38,624 in United States currency, representing the value of the Forfeitable Property associated with Count One of the Information; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the value of Forfeitable Property associated with the offense charged in Count One of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Sarah Mortazavi of counsel, and the Defendant, and his counsel, Isabelle A. Kirshner, Esq., and. Charles E. Clayman, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $38,624 in United States currency (the "Money Judgment"), representing the value of the Forfeitable Property associated with the offense charged in Count One of the Information, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, GREGORY SKELTON, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New

York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.  The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.  Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.  The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          _____
    SARAH MORTAZVI                                         DATE
    Assistant United States Attorney
    26 Federal Plaza
    New York, NY 10278
    (212) 637-2520

GREGORY SKELTON

By: _____          5/30/24
    GREGORY SKELTON                                      DATE

By: _____          _____
    CHARLES E. CLAYMAN, ESQ.                     DATE
    ISABELLE A. KIRSHNER, ESQ.
    Attorneys for Defendant

SO ORDERED:

_____          _____
HONORABLE MARY KAY VYSKOCIL                   DATE
UNITED STATES DISTRICT JUDGE

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          5/30/2024
SARAH MORTAZVI                                DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2520


GREGORY SKELTON

By: _____          _____
GREGORY SKELTON                              DATE

By: _____          5-30-24
CHARLES E. CLAYMAN, ESQ.                     DATE
ISABELLE A. KIRSHNER, ESQ.
Attorneys for Defendant


SO ORDERED:

_____              5/30/2024
HONORABLE MARY KAY VYSKOCIL                  DATE
UNITED STATES DISTRICT JUDGE