```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GREGORY SKELTON,

Defendant.

20-cr-160-5 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On November 4, 2025, Defendant Gregory Skelton, through counsel, filed a submission that was docketed as "FIRST MOTION to Alter Judgment" on ECF [ECF No. 1326]. However, the submission at that docket entry consists only of a copy of the Second Circuit's opinion in the appeal of Mr. Skelton's co-defendants Seth Fishman and Lisa Giannelli. No notice of motion or memorandum of law seeking relief on behalf of Mr. Skelton has been filed. As such, the Clerk of Court respectfully is requested to terminate the motion at ECF No. 1326.

**SO ORDERED.**

Date: **November 6, 2025**
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1